# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PERCY LAVAE BACON,

    Plaintiff,

v.

STATE OF NEVADA,

    Defendant.

Case No. 2:10-CV-01558-KJD-PAL

**ORDER**

    Plaintiff's Complaint (#1) was filed on September 13, 2010. However, Plaintiff failed to pay the filing fee or submit an application to proceed *in forma pauperis*. To bring a civil rights action, Plaintiff either must pay the $350.00 filing fee or submit a properly completed application to proceed *in forma pauperis*. Pursuant to Local Rule LSR 1-1, a pauper application must be submitted on the Court's required form. Further, under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, a properly completed application requires both: (a) an inmate account statement; and (b) a financial certificate properly completed for a civil rights action.

    Accordingly, IT IS HEREBY ORDERED that this action shall be **DISMISSED without prejudice**;

    IT IS FURTHER ORDERED that the Clerk of the Court shall send Plaintiff two copies each of a civil rights complaint form and an application form to proceed *in forma pauperis* for

1  incarcerated persons.  The Clerk shall return a copy of the documents that Plaintiff filed in this
2  action.
3        DATED this 5th day of October 2010.

```
                                    _____
                                    Kent J. Dawson
                                    United States District Judge
```